UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | ORDER |
| | : | |
| ZHI LIN, | : | CR. NO. 08-840-001 (JEI) |
| Defendant. | : | |
| | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 19 day of November, 2012,

ORDERED that the Federal Public Defender for the District of New Jersey, (Lori Koch, AFPD), is hereby appointed to represent said defendant in this case until further order of the Court.

_____
JOSEPH E. IRENAS
SENIOR UNITED STATES DISTRICT JUDGE